UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION,

                        Plaintiff,

v.                                    **DECISION AND ORDER**
                                                     14-CV-122S
FEDERAL CHECK PROCESSING, INC., et al.

                        Defendants, and

EMPOWERED RACING LLC,

                        Relief Defendant.

      Presently before this Court is the Receiver's Third Interim Motion and Final Motion for Allowance of Compensation and Reimbursement of Expenses. (Docket No. 205.) No responses to the Receiver's motion have been filed.

      This Court having considered the motion of the Receiver and Phillips Lytle LLP, and notice having been given to the Federal Trade Commission and to counsel for individual and corporate defendants, and to all parties who have filed a notice of appearance in this action, and no responses in opposition having been filed, and this Court finding that good cause exists,

      IT HEREBY IS ORDERED, that the Motion (Docket No. 205) is GRANTED, such that (i) compensation for legal and Receiver services rendered between July 1, 2019 and June 15, 2020 ("Third Interim Period") in the amount of $4,615.09 is allowed as an interim allowance, and (ii) reimbursement of expenses advanced by Phillips Lytle during the Third Interim Period in the amount of $163.50 is allowed as an interim disbursement payment.

      FURTHER, that the compensation for legal and Receiver services rendered during

this action by Phillips Lytle and the reimbursement of expenses advanced by Phillips Lytle during this action are approved as final compensation.

FURTHER, that the reasonable fees and disbursements of the Receiver and Phillips Lytle incurred after June 16, 2020, for final wind-up services shall be presented to the Federal Trade Commission for review fourteen days prior to payment out of the net proceeds to be paid to the Federal Trade Commission without further Court review or approval.

FURTHER, that the Receiver is authorized and directed to pay the amounts as allowed pursuant to this Order.

SO ORDERED.


Dated:     November 2, 2020
           Buffalo, New York


                                                <u>s/William M. Skretny</u>
                                               WILLIAM M. SKRETNY
                                          United States District Judge